IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Susan Woodard, ) | C/A No.: 0:22-2094-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Cedars Sinai Hospital, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, appearing pro se, filed this action requesting damages for alleged injuries to Kamal Woodard. While individuals may represent themselves pro se in federal court, individuals may not represent someone else. A person may not ordinarily appear pro se in the cause of another person or entity. *See Pridgen v. Andresen*, 113 F.3d 391, 392–93 (2d Cir 1997) (finding that a pro se litigant may not represent a corporation, estate, or partnership); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) ("[W]e consider the competence of a layman representing himself to be clearly too limited to allow him to risk the rights of others."). One exception to the rule prohibiting pro se representation of another is when a pro se person, who is the executor of an estate, represents the estate and the estate has no creditors or other beneficiaries. *See Witherspoon v. Jeffords Agency, Inc.*, 88 F. App'x. 659 (4th Cir. 2004) (unpublished) (remanding the matter for further proceedings to ascertain whether there were any creditors involved); *Malone*

*v. Nielson*, 474 F.3d 934, 937 (7th Cir. 2007) (finding that where an administrator of an estate is not the sole beneficiary or where the estate has creditors, then the administrator may not represent the estate pro se in federal court).

Plaintiff indicates Kamal Woodard is deceased but provides no information as to whether she is the administrator of his estate. Nor does Plaintiff provide any information concerning the estate's beneficiaries or creditors. Plaintiff is directed to answer the attached special interrogatories by **August 10, 2022**. Plaintiff's answers should be filed with this court.

IT IS SO ORDERED.

July 20, 2022  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Susan Woodard, | ) | C/A No.: 0:22-2094-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Special Interrogatories to Plaintiff |
| | ) | |
| Cedars Sinai Hospital, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To determine if Plaintiff may represent the Estate of Kamal Woodard pro se, Plaintiff shall answer the following questions as completely as possible in the space provided. If additional space is needed, attach a separate sheet of paper to this form and indicate which answers are continued on the separate sheet. *BE AWARE THAT YOUR ANSWERS MUST BE COMPLETELY TRUTHFUL AND ARE GIVEN UNDER PENALTY OF PERJURY.*

1. Provide the Richland County probate case number for the Estate of Kamal Woodard._____

_____

2. Are you the personal representative for the Estate of Kamal Woodard? _____

3. Are you a beneficiary of the Estate of Kamal Woodard?_____

_____

3. Are there any other beneficiaries of the Estate of Kamal Woodard? If so,

please provides those beneficiaries names and address._____

_____

_____

_____

_____

4. Are there any creditors of the Estate of Kamal Woodard? If so, please provide those creditors names and address._____

_____

_____

_____

_____

_____

**Plaintiff is directed to attach to these interrogatories a copy of any orders or letters from the Richland County Probate Court.**

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this _____ day of _____, 2022.

_____
*Signature of Plaintiff*